UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case No.: 8:24-cr-164-SDM-AAS

SHEM WAYNE ALEXANDER

### JOINT STATUS REPORT—JANUARY 2025

The United States of America, by Roger B. Handberg, United States Attorney for the Middle District of Florida, having conferred with counsel for defendant Alexander, Ana M. Davide, files this joint status report pursuant to Fed. R. Crim. P. 17.1 and the Court's Pretrial Discovery Order and Notice of Trial and Status Conference (Doc. 23), and states as follows:

1.    Brief summary of case's status:   The defendant was arraigned on December 23, 2024.   (Doc. 20).   This is the first status report to be filed in the case. In accordance with the Court's Pretrial Discovery Order, the government has produced discovery on January 6, 2025.   This case is set for the Court's February 2025 trial term.   Doc. 23.   Counsel for defendant Alexander expects to file an unopposed motion to continue the trial in the coming days.

2.    Possibility of a plea agreement as to each defendant:   It is unknown if either defendant will sign a plea agreement.

3.    Number of days required for trial:   The government estimates that it will take four days to present its case-in-chief.   The length of the defense case is unknown at this time.

4.    Pending motions, dates on which they were filed, and whether they are ripe for determination:   At present, the government is unaware of any pending motions in this case.

5.    Potential speedy trial problems:   At present government is unaware of any speedy trial problem in this case.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:    _____
David W.A. Chee
Assistant United States Attorney
Florida Bar No.: 109659
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: David.Chee@usdoj.gov

2

**U.S. v. Shem Wayne Alexander**          **Case No. 8:24-cr-164-SDM-AAS**

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Ana M. Davide, Esq.

David W.A. Chee
Assistant United States Attorney
Florida Bar No.: 109659
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: David.Chee@usdoj.gov

3