UNITED STATES OF AMERICA
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO. 8:24-cr-164-SDM-AAS

SHEM WAYNE ALEXANDER

**UNITED STATES' NOTICE OF FILING DECLARATIONS
OF AUTHENTICATION OF BUSINESS RECORDS**

The United States of America, by and through the undersigned, hereby files

the attached Declarations of Authentication of Business Records concerning records

of the below listed entities.  In filing this revised notice and attached declarations,

and serving the same upon the defendant, the government hereby provides notice

that the government may offer one or more of the records identified in the

declarations into evidence at trial in this case pursuant to Federal Rules of Evidence

803(6) and 902(11).  Said records are in the government's possession, have been

made available as part of discovery, and bear the Bates stamps reflected in this

notice.  Under the cited rules, live testimony of a records custodian is not necessary

to authenticate these records.

1

| SOURCE | BATES STAMP RANGE | DECLARATION OF AUTHENTICATION |
|---|---|---|
| Ormond Arms | DISC-004401 to -004414 | Exhibit A (Frank Johnson) |
| 80% Arms | DISC-004180 to -004209 | Exhibit B (Jon Van Cristobal) |
| Aeon Ventures/ Bulletproof | DISC-004269 to -004273 | Exhibit C (Kevin Lim) |
| Good Times | DISC-004332 to -004339 | Exhibit D (J. Lopez) |

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: _____

David W.A. Chee
Assistant United States Attorney
Florida Bar No.: 109659
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: David.Chee@usdoj.gov

2

U.S. v. Shem Wayne Alexander                Case No. 8:24-cr-164-SDM-AAS

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2025, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system, which will send a notice of

electronic filing to the following:

Ana M. Davide, Esq.

David W.A. Chee
Assistant United States Attorney
Florida Bar No.: 109659
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: David.Chee@usdoj.gov

# EXHIBIT A

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, <u>Frank Johnston</u>, attest, under penalties of perjury by the laws
*Name*

of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in

this certification is true and correct. I am employed by <u>Ormond arms</u>
*Entity*

(hereinafter "the entity"), and my title is <u>Consultant/Gun expert</u>. I am qualified
*Title*

to authenticate the records attached hereto because I am familiar with how the records were

created, managed, stored, and retrieved. I state that the records attached hereto are true

duplicates of the original records in the custody of the provider. The attached records consist of

<u>Communications and sales records</u>. I further state that:
*Generally describe records (pages/CDs or DVDs/megabytes)*

a.      all records attached to this certificate were made at or near the time of the occurrence of

the matter set forth by, or from information transmitted by, a person with knowledge of those

matters, they were kept in the ordinary course of the regularly conducted business activity of the

entity, and they were made by the entity as a regular practice; and

b.      such records were generated by the entity's electronic process or system that produces an

accurate result; and

c.      the records were copied from electronic device(s), storage medium(s), or file(s) in the

custody of the entity in a manner to ensure that they are true duplicates of the original records.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the

Federal Rules of Evidence.

<u>08/19/2022</u>

Date

<u>Frank J Johnston</u>

Signature

# EXHIBIT B

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____Joe Van Cristobal_____, attest, under penalties of perjury by the laws

*Name*

of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in

this certification is true and correct. I am employed by _____80 Percent Arms_____

*Entity*

(hereinafter "the entity"), and my title is _____Operations Manager_____. I am qualified

*Title*

to authenticate the records attached hereto because I am familiar with how the records were

created, managed, stored, and retrieved. I state that the records attached hereto are true

duplicates of the original records in the custody of the provider. The attached records consist of

_____12 Pages_____. I further state that:

*Generally describe records (pages/CDs or DVDs/megabytes)*

a.      all records attached to this certificate were made at or near the time of the occurrence of

the matter set forth by, or from information transmitted by, a person with knowledge of those

matters, they were kept in the ordinary course of the regularly conducted business activity of the

entity, and they were made by the entity as a regular practice; and

b.      such records were generated by the entity's electronic process or system that produces an

accurate result; and

c.      the records were copied from electronic device(s), storage medium(s), or file(s) in the

custody of the entity in a manner to ensure that they are true duplicates of the original records.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the

Federal Rules of Evidence.

_____08/12/2022_____          _____Joe Van Cristobal_____

Date                                            Signature

# EXHIBIT C

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I,     Kevin Lim                              , attest, under penalties of perjury by the laws
        *Name*

of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in

this certification is true and correct. I am employed by   Aeon Ventures LLC, dba Bulletproof Zone
                                                                        *Entity*

(hereinafter "the entity"), and my title is          CEO                     . I am qualified
                                                              *Title*

to authenticate the records attached hereto because I am familiar with how the records were

created, managed, stored, and retrieved. I state that the records attached hereto are true

duplicates of the original records in the custody of the provider. The attached records consist of

     Online order records                                                    . I further state that:
              *Generally describe records (pages/CDs or DVDs/megabytes)*

a.       all records attached to this certificate were made at or near the time of the occurrence of

the matter set forth by, or from information transmitted by, a person with knowledge of those

matters, they were kept in the ordinary course of the regularly conducted business activity of the

entity, and they were made by the entity as a regular practice; and

b.       such records were generated by the entity's electronic process or system that produces an

accurate result; and

c.       the records were copied from electronic device(s), storage medium(s), or file(s) in the

custody of the entity in a manner to ensure that they are true duplicates of the original records.

       I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the

Federal Rules of Evidence.


     August 16, 2022                          _____

Date                                          Signature

# EXHIBIT D

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _Jhon Lopez_ , attest, under penalties of perjury by the laws
*Name*

of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in

this certification is true and correct. I am employed by _GTO Performance airboats_
*Entity*

(hereinafter "the entity"), and my title is _Compliance officer_ . I am qualified
*Title*

to authenticate the records attached hereto because I am familiar with how the records were

created, managed, stored, and retrieved. I state that the records attached hereto are true

duplicates of the original records in the custody of the provider. The attached records consist of

_Sales receipts from 2012 + 2021_ . I further state that:
*Generally describe records (pages/CDs or DVDs/megabytes)*

a.      all records attached to this certificate were made at or near the time of the occurrence of

the matter set forth by, or from information transmitted by, a person with knowledge of those

matters, they were kept in the ordinary course of the regularly conducted business activity of the

entity, and they were made by the entity as a regular practice; and

b.      such records were generated by the entity's electronic process or system that produces an

accurate result; and

c.      the records were copied from electronic device(s), storage medium(s), or file(s) in the

custody of the entity in a manner to ensure that they are true duplicates of the original records.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the

Federal Rules of Evidence.

_8/16/22_

Date                                 Signature