UNITED STATES OF AMERICA
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 8:24-cr-164-SDM-AAS

SHEM WAYNE ALEXANDER

**UNITED STATES' NOTICE OF FILING DECLARATIONS
OF AUTHENTICATION OF BUSINESS RECORDS**

The United States of America, by and through the undersigned, hereby files

the attached Declarations of Authentication of Business Records concerning records

of the below listed entities.  In filing this revised notice and attached declarations,

and serving the same upon the defendant, the government hereby provides notice

that the government may offer one or more of the records identified in the

declarations into evidence at trial in this case pursuant to Federal Rules of Evidence

803(6) and 902(11).  Said records are in the government's possession, have been

made available as part of discovery, and bear the Bates stamps reflected in this

notice.  Under the cited rules, live testimony of a records custodian is not necessary

to authenticate these records.

1

| SOURCE | BATES STAMP RANGE | DECLARATION OF AUTHENTICATION |
|---|---|---|
| Wells Fargo | DISC-000005 to -000736 | Exhibit A (Ashley Smith) |
| Wells Fargo | DISC-000737 to -001468 | Exhibit B (Ashley Smith) |
| TD Bank | DISC-001483 to -002010 | Exhibit C (Mamie Drane) |
| JP MorganChase | DISC-002011 to -002264 | Exhibit D (Chyanna Outlaw) |
| Money Gram | DISC-004067 to -004115 | Exhibit E (Paul Anderson)<br><br>Exhibit F (Melissa Grant)<br><br>Exhibit G (Colin Menth)<br><br>Exhibit H (Paul Anderson) |
| Square | DISC-004116 to -004119 | Exhibit I (Kerry Huynh)<br><br>Exhibit J (Kerry Huynh)<br><br>Exhibit K (Sasha Lekas)<br><br>Exhibit L (Kerry Huynh) |

2

| Zelle | DISC-004131 to -004170 | Exhibit M (Serena Alvarez) |
|-------|------------------------|---------------------------|

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:

David W.A. Chee
Assistant United States Attorney
Florida Bar No.: 109659
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: David.Chee@usdoj.gov

3

U.S. v. Shem Wayne Alexander                Case No. 8:24-cr-164-SDM-AAS

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2025, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system, which will send a

notice of electronic filing to the following:

Ana M. Davide, Esq.


David W.A. Chee
Assistant United States Attorney
Florida Bar No.: 109659
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: David.Chee@usdoj.gov

4

# EXHIBIT A



Summons and Subpoenas Department
PO Box 1415 MAC #D1111-016
Charlotte, NC 28201
Voice: (480) 724-2000

## BUSINESS RECORDS DECLARATION

I, Ashley Smith, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order.  Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced.   I certify that the attached records:

A)    Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B)    It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C)    The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 27045034

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---:|---:|
| Credit Card Statements | XXXXXXXXXXX8309 | 48 | 48 |
| Deposits with offsets | XXXXXX4550 | 15 | 15 |
| Wire Automated | XXXXXX4550 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Statements | XXXXXX4550 | 163 | 163 |
| Email/Memorandum | XXXXXX4550 | 0 | 0 |
| edwardsnicholas734@gmail.com | | | |
| Signature Cards | XXXXXX4550 | 2 | 2 |
| Checks/Debits | XXXXXX4550 | 2 | 2 |
| TCP/IP Address | XXXXXX4550 | 207 | 207 |
| Credit Card Statements | XXXXXXXXXXX8483 | 14 | 14 |
| Checks Only | XXXXXX4550 | 0 | 0 |
| No records found with the information provided | | | |
| Credit Card Statements | XXXXXXXXXXX8387 | 104 | 104 |
| **Total Copies Delivered:** | | | **555** |

Additional comments: Unable to produce application for account ending 8309, 8483 and 8387 as there is no image available because the application was completed electronically

**Additional comments:**

The bank's standard record retention period is seven years.

Case No: 27045034; Agency Case No: 2021R02371001

1 of 2

DISC-000407

I declare under penalty of perjury under the law(s) of the state of Florida that the foregoing is true and correct according to my knowledge and belief.   Executed on this 14th day of September, 2022, in the City of Charlotte, State of NORTH CAROLINA.

_Ashley Smith_
_____
Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 27045034; Agency Case No: 2021R02371001

2 of 2

DISC-000408

# EXHIBIT B



Summons and Subpoenas Department
PO Box 1415 MAC #D1111-016
Charlotte, NC 28201
Voice: (480) 724-2000

## BUSINESS RECORDS DECLARATION

I, Ashley Smith, am over the age of eighteen and I declare that I am employed by Wells Fargo Bank, N.A. ("Wells Fargo") in the Summons and Subpoenas Department and am a duly authorized and qualified witness to certify the authenticity of the attached documents and/or information produced pursuant to the legal order.  Wells Fargo reserves the right to designate another Custodian as it deems appropriate in the event an actual appearance is required concerning the records produced.  I certify that the attached records:

A)   Were prepared by personnel of Wells Fargo in the ordinary course of business at or near the time of the acts, conditions or events described in the records; and

B)   It was the ordinary course of business for Wells Fargo employees or representatives with knowledge of the act, event, or condition recorded to make the record or transmit the information therein to be included in such record.

C)   The records attached are true and correct copies of the business records as maintained by Wells Fargo.

**The records produced are described as follows:**

Case number: 27045034

| Document Type | Account # | Paper Count | Total Copies |
|---|---|---:|---:|
| Credit Card Statements | XXXXXXXXXXXX8309 | 48 | 48 |
| Deposits with offsets | XXXXXX4550 | 15 | 15 |
| Wire Automated | XXXXXX4550 | 0 | 0 |
| Unable to locate records with the information provided. | | | |
| Statements | XXXXXX4550 | 163 | 163 |
| Email/Memorandum | XXXXXX4550 | 0 | 0 |
| edwardsnicholas734@gmail.com | | | |
| Signature Cards | XXXXXX4550 | 2 | 2 |
| Checks/Debits | XXXXXX4550 | 2 | 2 |
| TCP/IP Address | XXXXXX4550 | 207 | 207 |
| Credit Card Statements | XXXXXXXXXXXX8483 | 14 | 14 |
| Checks Only | XXXXXX4550 | 0 | 0 |
| No records found with the information provided | | | |
| Credit Card Statements | XXXXXXXXXXXX8387 | 104 | 104 |
| | | **Total Copies Delivered:** | **555** |

Additional comments: Unable to produce application for account ending 8309, 8483 and 8387 as there is no image available because the application was completed electronically

**Additional comments:**

The bank's standard record retention period is seven years.

Case No: 27045034; Agency Case No: 2021R02371001

1 of 2

DISC-001139

I declare under penalty of perjury under the law(s) of the state of Florida that the foregoing is true and correct according to my knowledge and belief.   Executed on this 14th day of September, 2022, in the City of Charlotte, State of NORTH CAROLINA.

_Ashley Smith_

_____
Subpoena Processing Representative

Image copies of requested transactions may be missing for the following reasons:  Items not imaged, corrupted, blank, damaged, destroyed or not available, item(s) piggy-backed, electronic transaction(s).  If the legal order requests certain types of loan information and other non-depository information, it was forwarded to other departments and they will respond to you directly.

Case No: 27045034; Agency Case No: 2021R02371001

DISC-001140

# EXHIBIT C

RE:  2021R01051-003

**<u>TD Bank Records Certification</u>**

The undersigned declarant hereby declares, certifies and verifies the following:

1.  The declarant is a records custodian, or other qualified person, who can provide a written declaration regarding the records of regularly conducted business activity, which are the subject of this certification;

2.  The records are original or a true copy of the original records in the custody of TD Bank;

3.  The records were produced at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters;

4.  The records were kept in the course of a regularly conducted business activity of TD Bank; and

5.  The records were produced by TD Bank as a regular practice.

   *I hereby declare, certify and verify, under penalty of perjury, that the foregoing is true and correct.*

_Mamie Drane_
_____
Signature of Declarant


Mamie Drane
Research Clerk II

TD BANK, NA
Subpoena Processing

October 15, 2021

Internal

DISC-001482

# EXHIBIT D

## DECLARATION

### Case No. : 2021R01051-008

Chyanna Outlaw, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 7610 West Washington Street, Indianapolis, Indiana 46231.

3. I am a Transactions Specialist III and Custodian of Records for JPMorgan Chase Bank, N.A. (hereinafter referred to as the "Bank") in the National Subpoena Processing Department located in Indianapolis, Indiana.

4. Based on my knowledge of the Bank's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by the Bank in the ordinary course of business.

5. Based on my knowledge of the Bank's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from, information transmitted by a person with knowledge of those matters.

6. It is the regular practice of the Bank to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Indiana, that the foregoing is true and correct.

Dated: 2/18/2022

By: _Chyanna Outlaw_
     Chyanna Outlaw
     Transactions Specialist III
     JPMORGAN CHASE BANK, N.A.

SB1298809-F1

SUBP10a

# EXHIBIT E



CERTIFICATE OF AUTHENTICITY

I, Paul Anderson declare, pursuant to 28 U.S.C. § 1746, that I am employed by MoneyGram Payment Systems Inc., and that my official title or position is Law Enforcement Liaison.

I further state that:

1) The data contained in the attached records was made at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;

2) The data is kept in the course of a regularly conducted business activity; and

3) The business makes records of such data as a regular practice.

I declare under penalty of perjury the foregoing is true and correct.

_____          6/7  /2021
Signature of Deponent                                               Date

SWORN TO AND SUBSCRIBED before me on 7th  day of  June    2021.

_____
Notary Public



RICARDO DANIEL RAMIREZ RIVAS
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2022

# EXHIBIT F



CERTIFICATE OF AUTHENTICITY

I, Melissa Grant declare, pursuant to 28 U.S.C. § 1746, that I am employed by MoneyGram Payment Systems Inc., and that my official title or position is Law Enforcement Liaison.

I further state that:

1) The data contained in the attached records was made at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;

2) The data is kept in the course of a regularly conducted business activity; and

3) The business makes records of such data as a regular practice.

I declare under penalty of perjury the foregoing is true and correct.

_____      ___4/13/2022___
Signature of Deponent                                Date

SWORN TO AND SUBSCRIBED before me on ___13th___ day of ___April 2022___.

_____
Notary Public

PAUL MICHAEL ANDERSON
NOTARY PUBLIC
MINNESOTA
My Commission Expires 1/31/2024

DISC-004069

# EXHIBIT G

**MoneyGram.**

CERTIFICATE OF AUTHENTICITY

I, _Colin Menth_ declare, pursuant to 28 U.S.C. § 1746, that I am employed by MoneyGram Payment Systems Inc., and that my official title or position is _Law Enforcement Liaison_ .

I further state that:

1) The data contained in the attached records was made at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;

2) The data is kept in the course of a regularly conducted business activity; and

3) The business makes records of such data as a regular practice.

I declare under penalty of perjury the foregoing is true and correct.

_____          _June 25, 2021_
Signature of Deponent                                     Date

SWORN TO AND SUBSCRIBED before me on _25_ day of _June_ .

_____
Notary Public

RICARDO DANIEL RAMIREZ RIVAS
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2022

DISC-004091

# EXHIBIT H

**MoneyGram.**

CERTIFICATE OF AUTHENTICITY

I, Paul Anderson declare, pursuant to 28 U.S.C. § 1746, that I am employed by MoneyGram Payment Systems Inc., and that my official title or position is Law Enforcement Liaison.

I further state that:

1) The data contained in the attached records was made at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;

2) The data is kept in the course of a regularly conducted business activity; and

3) The business makes records of such data as a regular practice.

I declare under penalty of perjury the foregoing is true and correct.

_____          1/11 / 2022
 Signature of Deponent                                  Date

SWORN TO AND SUBSCRIBED before me on 11th day of January 2022.

Notary Public

RICARDO DANIEL RAMIREZ RIVAS
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2022

DISC-004081

# EXHIBIT I

CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITIES

I, **Kerry Huynh**, being first duly sworn, depose and state as follows:

1.      I am over 18 years old, am competent to testify, and make this affidavit based upon personal knowledge.

2.      I am employed by Square, Inc. and my job responsibilities include overseeing the custody of the records of my employer.  I have the authority to certify the authenticity and accuracy of the records produced with this affidavit.

3.      In response to the Grand Jury Subpoena received by Square, Inc. on **[June 30, 2021]** for case# 2021R01051, I reviewed Square, Inc.'s records for responsive documents and am providing those documents in a secure email.

4.      The records produced with this affidavit are true copies of records of regularly conducted business activities that:

  a.      Were made at or near the time of the occurrence of the matters set forth, by a person or persons with knowledge of those matters;

  b.      Were made and kept in the course of the regularly conducted activities of my employer, and its personnel, or by persons under its control; and

  c.      Were made and kept by my employer as a regular practice, at or about the time of the acts, conditions, or events recorded on the records.

5.      The records produced with this affidavit are a complete response and include all of the documents that my employer has in its possession that are responsive to the Grand Jury Subpoena directed to Square, Inc. referred to above

This the **[11th] of August, 2021**.

SQUARE, INC.

By: **Kerry Huynh**

# EXHIBIT J

CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITIES

I, **Kerry Huynh**, being first duly sworn, depose and state as follows:

1.      I am over 18 years old, am competent to testify, and make this affidavit based upon personal knowledge.

2.      I am employed by Square, Inc. and my job responsibilities include overseeing the custody of the records of my employer.  I have the authority to certify the authenticity and accuracy of the records produced with this affidavit.

3.      In response to the Grand Jury Subpoena received by Square, Inc. on **[September 2, 2021]** for case# 2021R01051, I reviewed Square, Inc.'s records for responsive documents and am providing those documents in a secure email.

4.      The records produced with this affidavit are true copies of records of regularly conducted business activities that:

a.      Were made at or near the time of the occurrence of the matters set forth, by a person or persons with knowledge of those matters;

b.      Were made and kept in the course of the regularly conducted activities of my employer, and its personnel, or by persons under its control; and

c.      Were made and kept by my employer as a regular practice, at or about the time of the acts, conditions, or events recorded on the records.

5.      The records produced with this affidavit are a complete response and include all of the documents that my employer has in its possession that are responsive to the Grand Jury Subpoena directed to Square, Inc. referred to above

This the **[29th] of September, 2021**.

SQUARE, INC.

By: **Kerry Huynh**

# EXHIBIT K

CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITIES

I, **Sasha Lekas**, being first duly sworn, depose and state as follows:

1.    I am over 18 years old, am competent to testify, and make this affidavit based upon personal knowledge.

2.    I am employed by Block, Inc. and my job responsibilities include overseeing the custody of the records of my employer.  I have the authority to certify the authenticity and accuracy of the records produced with this affidavit.

3.    In response to the Grand Jury Subpoena received by Block, Inc. (formerly known as Square, Inc.) on **December 21, 2021** for case [2021R01051] reviewed Block, I Inc.'s records for responsive documents and am providing those documents in a secure email.

4.    The records produced with this affidavit are true copies of records of regularly conducted business activities that:

    a.    Were made at or near the time of the occurrence of the matters set forth, by a person or persons with knowledge of those matters;

    b.    Were made and kept in the course of the regularly conducted activities of my employer, and its personnel, or by persons under its control; and

    c.    Were made and kept by my employer as a regular practice, at or about the time of the acts, conditions, or events recorded on the records.

5.    The records produced with this affidavit are a complete response and include all of the documents that my employer has in its possession that are responsive to the Grand Jury Subpoena directed to Block, Inc. referred to above

This the **14th of February, 2022**.

BLOCK, INC.

*Sasha Lekas*

By: **Sasha Lekas**

# EXHIBIT L

CERTIFICATION OF RECORDS OF REGULARLY CONDUCTED BUSINESS ACTIVITIES

I, **Kerry Huynh**, being first duly sworn, depose and state as follows:

1.      I am over 18 years old, am competent to testify, and make this affidavit based upon personal knowledge.

2.      I am employed by Square, Inc. and my job responsibilities include overseeing the custody of the records of my employer.  I have the authority to certify the authenticity and accuracy of the records produced with this affidavit.

3.      In response to the Grand Jury Subpoena received by Square, Inc. on **[October 19, 2021]** for case# 2021R01051, reviewed Square, Inc.'s records for responsive documents and am providing those documents in a secure email.

4.      The records produced with this affidavit are true copies of records of regularly conducted business activities that:

   a.      Were made at or near the time of the occurrence of the matters set forth, by a person or persons with knowledge of those matters;

   b.      Were made and kept in the course of the regularly conducted activities of my employer, and its personnel, or by persons under its control; and

   c.      Were made and kept by my employer as a regular practice, at or about the time of the acts, conditions, or events recorded on the records.

5.      The records produced with this affidavit are a complete response and include all of the documents that my employer has in its possession that are responsive to the Grand Jury Subpoena directed to Square, Inc. referred to above

This the **[19th] of October, 2021**.

SQUARE, INC.

By: **Kerry Huynh**

# EXHIBIT M

**Declaration of Custodian of Records**

Pursuant to 28 U.S.C. § 1746, I, the undersigned, hereby declare:

 Serena Alvarez
(Name of Declarant)

I am a United States citizen and I am over eighteen years of age.  I am the custodian of records of the business named below, or I am otherwise qualified as a result of my position with the business named below to make this declaration.

I am in receipt of a subpoena or other similar demand for documents requesting specified records of the business named below.  Pursuant to Rules 902(11) and 803(6) of the Federal Rules of Evidence, I hereby certify that the records provided herewith and in response to the subpoena or other similar demand:

(1) were made at or near the time of the occurrence of the matters set forth in the records, by, or from information transmitted by, a person with knowledge of those matters;

(2) were kept in the course of regularly conducted business activity; and

(3) were made by the regularly conducted business activity as a regular practice.
I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 15, 2022.

*Serena Alvarez*
_____

Serena Alvarez
Sr.  Manager
Delivery Management, Delivery Operations  Early Warning Services , LLC
16552 N. 90th Street, Scottsdale, AZ 85260

DISC-004171