UNITED STATES OF AMERICA
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:24-cr-164-SDM-AAS

SHEM WAYNE ALEXANDER

**UNITED STATES' NOTICE OF FILING DECLARATIONS
OF AUTHENTICATION OF BUSINESS RECORDS**

The United States of America, by and through the undersigned, hereby files

the attached Declarations of Authentication of Business Records concerning records

of the below listed entities.  In filing this notice and attached declarations, and

serving the same upon the defendant, the government hereby provides notice that the

government may offer one or more of the records identified in the declarations into

evidence at trial in this case pursuant to Federal Rules of Evidence 803(6) and

902(11).  Said records are in the government's possession, have been made available

as part of discovery, and bear the Bates stamps reflected in this notice.  Under the

cited rules, live testimony of a records custodian is not necessary to authenticate

these records.

1

| SOURCE | BATES STAMP RANGE | DECLARATION OF AUTHENTICATION |
|---|---|---|
| AOC Express/Tropical Express | DISC-004611 DISC-005231 | Exhibit A (Aimee Lobato Ramos) |
| Laparkan Airways, Inc. | DISC-004884 to -004487 DISC-004474 to -004483 | Exhibit B (David Burgess) |
| Spirit Airlines | DISC-005206 to -005227 | Exhibit C (Mark Reite, Jr.) |

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: 

David W.A. Chee
Assistant United States Attorney
Florida Bar No.: 109659
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: David.Chee@usdoj.gov

2

**U.S. v. Shem Wayne Alexander**                **Case No. 8:24-cr-164-SDM-AAS**

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Ana M. Davide, Esq.

David W.A. Chee
Assistant United States Attorney
Florida Bar No.: 109659
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: David.Chee@usdoj.gov

3

# EXHIBIT A

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, ___Aimee Lobato Ramos___, attest, under penalties of perjury by the laws
*Name*

of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained

in this certification is true and correct. I am employed by AOC Express LLC
*Entity*

~~(hereinafter "the entity"), and my~~ title is General Manager. I am qualified
*Title*

to authenticate the records attached hereto because I am familiar with how the records were

created, managed, stored, and retrieved. I state that the records attached hereto are true

duplicates of the original records in the custody of the provider. The attached records consist of

Gun parts. I further state that: We provided all the documents requested as emails,cards information
*Generally describe records (pages/CDs or DVDs/megabytes)*

a.      all records attached to this certificate were made at or near the time of the occurrence of

the matter set forth by, or from information transmitted by, a person with knowledge of those

matters, they were kept in the ordinary course of the regularly conducted business activity of the

entity, and they were made by the entity as a regular practice; and

b.      such records were generated by the entity's electronic process or system that produces an

accurate result; and

c.      the records were copied from electronic device(s), storage medium(s), or file(s) in the

custody of the entity in a manner to ensure that they are true duplicates of the original records.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the

Federal Rules of Evidence.


 08/23/2022_____        ___Aimee Lobato Ramos_____
Date                              Signature

DISC-005228

# EXHIBIT B

## DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS

I, _David Burgess on behalf of Laparkan Airways Inc, am the custodian of records or am otherwise qualified to authenticate the records of Tevin Oliver.

I have provided the following records to the United States pursuant to a records request.

List of records provided:

- Shipping documents and company records for shipments associated to Tevin Oliver.

- Surveillance video for AWB 13554870.

Under Federal Rules of Evidence 803(6) and 902(11), as amended effective December 1, 2014, I certify that the above records are business records of regularly conducted activity and that I am a custodian or am otherwise qualified as to the authentication of these records. I also certify that the records: (1) were made at or near the time of the occurrence of the matters set forth in the records by a person with knowledge of those matters or from information transmitted by a person with knowledge of those matters; (2) were kept in the course of a regularly conducted activity; and (3) were made by the regularly conducted activity as a regular practice. I make these claims under penalty of perjury.

The address and phone number where I can be reached are:
Laparkan Airways Inc.
2361 NW 66th Ave, Bldg. 702 Suite 210.
 Miami, FL 33132
Telephone # 786-234-0086 (cell)

David Burgess.
Printed Name and Signature

Date 31st March 2025.

# EXHIBIT C

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _Mark Peite Jr._, attest, under penalties of perjury by the laws
<small>Name</small>

of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in

this certification is true and correct. I am employed by _Spirit Airlines_
<small>Entity</small>

(hereinafter "the entity"), and my title is _Mngr. Intrl Fraud & Trust_ am qualified
<small>Title</small>

to authenticate the records attached hereto because I am familiar with how the records were

created, managed, stored, and retrieved. I state that the records attached hereto are true

duplicates of the original records in the custody of the provider. The attached records consist of

_Electronic PowerPoint_ . I further state that:
<small>Generally describe records (pages/CDs or DVDs/megabytes)</small>

a.      all records attached to this certificate were made at or near the time of the occurrence of

the matter set forth by, or from information transmitted by, a person with knowledge of those

matters, they were kept in the ordinary course of the regularly conducted business activity of the

entity, and they were made by the entity as a regular practice; and

b.      such records were generated by the entity's electronic process or system that produces an

accurate result; and

c.      the records were copied from electronic device(s), storage medium(s), or file(s) in the

custody of the entity in a manner to ensure that they are true duplicates of the original records.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the

Federal Rules of Evidence.

_10/3/22_                _Mark Peite Jr._
Date                     Signature

DISC-005205