UNITED STATES OF AMERICA
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                  CASE NO.: 8:24-cr-164-SDM-AAS

SHEM WAYNE ALEXANDER

**UNITED STATES' NOTICE OF FILING DECLARATION
OF AUTHENTICATION OF BUSINESS RECORDS**

The United States of America, by and through the undersigned, hereby files

the attached Declaration of Authentication of Business Records concerning records

of the below listed entity.  In filing this notice and attached declaration, and serving

the same upon the defendant, the government hereby provides notice that the

government may offer one or more of the records identified in the declaration into

evidence at trial in this case pursuant to Federal Rules of Evidence 803(6) and

902(11).  Said records are in the government's possession, have been made available

as part of discovery, and bear the Bates stamps reflected in this notice.  Under the

cited rules, live testimony of a records custodian is not necessary to authenticate

these records.

1

| SOURCE | BATES STAMP RANGE | DECLARATION OF AUTHENTICATION |
|---|---|---|
| Bureau of Consular Affairs, U.S. Department of State | DISC-007729 to -007738 | Exhibit A (Larry W. Talbott) |

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:

David W.A. Chee
Assistant United States Attorney
Florida Bar No.: 109659
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: David.Chee@usdoj.gov

2

**U.S. v. Shem Wayne Alexander**          **Case No.: 8:24-cr-164-SDM-AAS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 2, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Ana M. Davide, Esq.

David W.A. Chee
Assistant United States Attorney
Florida Bar No.: 109659
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: David.Chee@usdoj.gov

3

# EXHIBIT A



United States Department of State
Washington, D.C. 20520

RE: Certification of Visa Records of the Bureau of Consular Affairs, U.S. Department of State

I, Larry W. Talbott, hereby declare under penalty of perjury:

I am a Deputy Director with the Office of Information Management and Liaison within the Visa Office of the Bureau of Consular Affairs, U.S. Department of State. I am authorized to certify the authenticity of visa records for the Bureau of Consular Affairs, including the visa records from the Consular Consolidated Database. The Consular Consolidated Database contains records of U.S. visa applications since 1997.

The attached documents are true, accurate and complete copies of the information contained in the Consular Consolidated Database maintained by the U.S. Department of State, Bureau of Consular Affairs, for the non-immigrant visa application submitted by **Shem Wayne Alexander** (Date of Birth **May 23, 1989**) and adjudicated at the U.S. Embassy in **Port of Spain** (Control Number **2013127 364 0002**). This record was made from the information provided by the visa applicant at or near in time to when that information was transmitted to the Department of State. The record was kept pursuant to the  Department of State's procedures for the adjudication and retention of visa applications and was made as part of a regular practice.

I declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Washington, D.C.
April 18, 2025

*Larry W. Talbott*
_____

Larry W. Talbott

SENSITIVE BUT UNCLASSIFIED