UNITED STATES OF AMERICA
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO.: 8:24-cr-164-SDM-AAS

SHEM WAYNE ALEXANDER

**UNITED STATES' NOTICE OF FILING ATTESTATIONS
OF AUTHENTICATION OF FOREIGN PUBLIC RECORDS**

The United States of America, by and through the undersigned, hereby files

the attached Attestations of Authenticity of Foreign Public Documents concerning

records of the below listed entity.  In filing this notice and attached declarations or

attestations, and serving the same upon the defendant, the government hereby

provides notice that the government may offer one or more of the records identified

in the attestation into evidence at trial in this case pursuant to Federal Rules of

Evidence 903(3), 902(4), and 803(3).  Said records and videos are in the

government's possession and have been made available as part of discovery, and

bear the Bates stamps as reflected below.  Under the cited rules, live testimony of a

records custodian is not necessary to authenticate these records.

1

| SOURCE | BATES STAMP RANGE | DECLARATION OF AUTHENTICATION |
|---|---|---|
| Trinidad and Tobago Police Service | DISC-007819 to -007878 | Exhibit A<br>(Dennis Knutt)<br>(Trevor Roberts)<br>(Nigel Stephen) |

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: _____

David W.A. Chee
Assistant United States Attorney
Florida Bar No.: 109659
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: David.Chee@usdoj.gov

**U.S. v. Shem Wayne Alexander**          **Case No.: 8:24-cr-164-SDM-AAS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 3, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Ana M. Davide, Esq.

David W.A. Chee
Assistant United States Attorney
Florida Bar No.: 109659
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: David.Chee@usdoj.gov

3

# EXHIBIT A

## CHAIN OF CUSTODY

I, _DENIS KNUTT_ , certify that I am _Ass. Commissioner of Police_
(Name)                                           (Title or Function)

employed in the _TTPS white Coller Crime_ . I received custody of the articles listed
(Name of Government Office or Agency)

below from _TREVOR ROBERTS_ on _21-5-2025_ ,
(Name of Person)                              (Date)

at _12th Floor Riverside Plaza Port of Spain_
(Place)

I relinquished custody of those articles to _A.C.P KNUTT_
                                                    (Name)

on _21-05 2025_ , at _12th Floor Riverside Plaza Port of Spain_ in the same condition
(Date)                     (Place)

as when I received them (or if different as noted below).

Description of articles:
ONE block 256GB Kingston Flash Drive
with markings TR2600.409.2021

Changes in condition while in my custody:

_21.05.2025_

(Denis R. MACPHA)

12

Form B

## ATTESTATION OF AUTHENTICITY OF FOREIGN PUBLIC DOCUMENTS

I, _TREVOR ROBERTS_, attest on penalty of criminal punishment for
     (Name)

false statement or attestation that my position with the Government of Trinidad and Tobago is

_POLICE CONSTABLE_     and that in that position I am authorized by the laws of Trinidad
(Official Title)

and Tobago to attest that the documents attached and described below are true and accurate

copies of original official records which are recorded or filed in

_TRINIDAD AND TOBAGO POLICE SERVICE_, which is a government office or agency of
(Name of Office or Agency)

Trinidad and Tobago.

Description of Documents:

_Statements of Trevor Roberts 4 pages._
_One 256 GB Kingston flash drive with markings TR20600.409.2021_

**BRIEN A. DE GANNES**
**Notary Public for**
**Trinidad and Tobago**
_21st May 2025_

_____
(Signature)

_POLICE CONSTABLE_
(Title)

_21.05.2025_
(Date)

## CHAIN OF CUSTODY

I, _DENIS KNITT_, certify that I am _Ass. Fil Comm opn_
(Name)                                                  (Title or Function)

employed in the _TTPS Whitrs Coller_ . I received custody of the articles listed
(Name of Government Office or Agency)

below from _NIGEL STEPHEN Cpl 13335_ on _21-5-2025_,
(Name of Person)                                    (Date)

at _12th floor Riverside plaza, Port of Spain._
(Place)

I relinquished custody of those articles to _Assistant Commissioner Knitt_
                                                        (Name)

on _21-5 2025_ , at _12th floor Riverside plaza Port of Spain_ in the same condition
(Date)                          (Place)

as when I received them (or if different as noted below).

Description of articles:
oNE Black flash Drive marked NS 13335 22-11-2024

Changes in condition while in my custody:

12

Form B

ATTESTATION OF AUTHENTICITY OF FOREIGN PUBLIC DOCUMENTS

I, _Nigel Stephen_, attest on penalty of criminal punishment for
   (Name)

false statement or attestation that my position with the Government of Trinidad and Tobago is

_Corporal of Police_ and that in that position I am authorized by the laws of Trinidad
   (Official Title)

and Tobago to attest that the documents attached and described below are true and accurate

copies of original official records which are recorded or filed in

_Trinidad and Tobago Police Service_ which is a government office or agency of
   (Name of Office or Agency)

Trinidad and Tobago.


Description of Documents:

_One Black Flash Drive with white Masking tape
with Markings. No 13335 22-4-2021 Copy 2
Statement of Nigel Stephen Corporal of police Regimental
Number 13335 containing 3 pages_

_Nigel Stephen_
(Signature)

_Corporal No. 13335_
(Title)

_31st May 2025_
(Date)

(SEAL)

**BRIEN A. DE GANNES**
**Notary Public for**
**Trinidad and Tobago**
_21st May 2025_

**BRIEN A. DE GANNES**
**Notary Public for**
**Trinidad and Tobago**