UNITED STATES OF AMERICA
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                CASE NO. 8:24-cr-164-SDM-AAS

SHEM WAYNE ALEXANDER

### GOVERNMENT'S NOTICE OF INTENT TO INTRODUCE EVIDENCE UNDER FED. R. EVID. 404(b)

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, notifies this Honorable Court and all counsel that it intends to introduce evidence, pursuant to Fed. R. Evid. 404(b), of other crimes, wrongs or acts the defendant committed before, during, and after the dates of the crimes alleged in the Superseding Indictment (Doc. 6).[1]  The defendant was previously provided with notice of these other wrongful acts on or about January 6, 2024, in a discovery production made on that same day.

The Fed. R. Evid. 404(b) evidence the United States intends to introduce includes the following:

1.    Evidence that in addition to exporting firearms purchased by Ed King III to Trinidad, defendant Alexander inquired with King as to the price

---

[1] The United States files this notice out of an abundance of caution.   As explained below, the evidence noticed here qualifies as intrinsic, not extrinsic, evidence, so Rule 404(b) does not apply.  *United States v. McLean*, 138 F.3d 1398, 1403 (11th Cir. 1998) ("Evidence, not part of the crime charged but pertaining to the chain of events explaining the context, motive and set-up of the crime, is properly admitted if linked in time and circumstances with the charged crime, or forms an integral and natural part of an account of the crime, or is necessary to complete the story of the crime for the jury.").

1

of marijuana.   Alexander had arrived in Tampa for a gun show and provided funds for King to purchase firearms for him.   King had previously trafficked marijuana from Tampa to California.   Alexander stated that King's prices were too high and King never sold marijuana to King.   See ROI No. 104.   The United States offers this evidence to show motive, opportunity, and plan to export drugs intended for distribution along with firearms.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:   _____

David W.A. Chee
Assistant United States Attorney
Florida Bar No.: 109659
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: David.Chee@usdoj.gov

**U.S. v. Alexander**                    **Case No. 8:24-cr-164-SDM-AAS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 14, 2025, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

        Ana M. Davide, Esq.

        David W.A. Chee
        Assistant United States Attorney
        Florida Bar No.: 109659
        400 N. Tampa St., Ste. 3200
        Tampa, FL 33602-4798
        Telephone: (813) 274-6000
        Facsimile: (813) 274-6358
        E-mail: David.Chee@usdoj.gov