UNITED STATES OF AMERICA
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 8:24-cr-164-SDM-AAS

SHEM WAYNE ALEXANDER

**UNITED STATES' NOTICE OF FILING DECLARATION
OF AUTHENTICATION OF BUSINESS RECORDS**

The United States of America, by and through the undersigned, hereby files

the attached Declaration of Authentication of Business Records concerning records

of the below listed entity. In filing this notice and attached declaration, and serving

the same upon the defendant, the government hereby provides notice that the

government may offer one or more of the records identified in the declaration into

evidence at trial in this case pursuant to Federal Rules of Evidence 803(6) and

902(11). Said records are in the government's possession, have been made available

as part of discovery, and bear the Bates stamps reflected in this notice. Under the

cited rules, live testimony of a records custodian is not necessary to authenticate

these records.

1

| SOURCE | BATES STAMP RANGE | DECLARATIONS OF AUTHENTICATION |
|---|---|---|
| Western Union | DISC-004173<br>DISC-004174<br>DISC-004176<br>DISC-004177<br>DISC-004178 | Exhibit A<br>(William Mackintosh) |

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: _____
David W.A. Chee
Assistant United States Attorney
Florida Bar No.: 109659
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: David.Chee@usdoj.gov

2

**U.S. v. Alexander**                    **Case No. 8:24-cr-164-SDM-AAS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 14, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Ana M. Davide, Esq.

David W.A. Chee
Assistant United States Attorney
Florida Bar No.: 109659
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: David.Chee@usdoj.gov

3

# EXHIBIT A

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)**

I, William Mackintosh _____ (name), attest under penalties of perjury (or criminal punishment for false statement or false attestation) that I am employed by Western Union Financial Services Inc _____ (business), and that my official title is Manager - FIU Subpoena Team _____ (title). I am a custodian of records for such business entity. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of Western Union Financial Services Inc (business), and that I am the custodian of the attached records consisting of _____ pages. I have provided the following records to the United States:

1035198-WU Results.xls workbook _____

1035357-WU Results.xls workbook _____

1057868-WU Results 122021.xls workbook _____

1068906-WU Results.xls workbook _____

_____

_____

I further state that:

    A.    all records attached to this certificate were made at or near the time of the occurrence of the matters set forth, by, or from information transmitted by, a person with knowledge of those matters;

    B.    such records were kept in the course of a regularly conducted business activity of Western Union Financial Services Inc _____ (business); and

    C.    such records were made by Western Union Financial Services Inc _____ (business) as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_William Mackintosh_ (signature)

(Signature)

7/14/2025 _____

(Date)

7001 E. Belleview Ave., Suite 680 Denver, CO 80237

(Address)

303-725-3673 _____

(Phone)