UNITED STATES OF AMERICA
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 8:24-cr-164-SDM-AAS

SHEM WAYNE ALEXANDER

**UNITED STATES' NOTICE OF FILING DECLARATIONS
OF AUTHENTICATION OF BUSINESS RECORDS**

The United States of America, by and through the undersigned, hereby files

the attached Declaration of Authentication of Business Records concerning records

of the below listed entity.  In filing this notice and attached declaration, and serving

the same upon the defendant, the government hereby provides notice that the

government may offer one or more of the records identified in the declarations into

evidence at trial in this case pursuant to Federal Rules of Evidence 803(6) and

902(11).  Said records are in the government's possession, have been made available

as part of discovery, and bear the Bates stamps reflected in this notice.  Under the

cited rules, live testimony of a records custodian is not necessary to authenticate

these records.

1

| SOURCE | BATES STAMP RANGE | DECLARATION OF AUTHENTICATION |
|---|---|---|
| Weston Arms | DISC-004420 | Exhibit A (Robert Feliciano) |

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: _____

David W.A. Chee
Assistant United States Attorney
Florida Bar No.: 109659
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: David.Chee@usdoj.gov

**U.S. v. Shem Wayne Alexander**          **Case No. 8:24-cr-164-SDM-AAS**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 4, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Ana M. Davide, Esq.

David W.A. Chee
Assistant United States Attorney
Florida Bar No.: 109659
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: David.Chee@usdoj.gov

3

# EXHIBIT A

## DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS

I, __Robert Feliciano_____, am the custodian of records or am otherwise
(name)
qualified to authenticate the records of __Weston Arms Shooting Sports_____
(company or business)

I have provided the following records to the United States.

List of records provided:

__Reciept Number: 98461_____

_____

_____

Under Federal Rules of Evidence 803(6) and 902(11), as amended December 1, 2000, I certify that the above records are business records of regularly conducted activity and that I am a custodian or am otherwise qualified as to the authentication of these records. I also certify that the records: (1) were made at or near the time of the occurrence of the matters set forth in the records by a person with knowledge of those matters or from information transmitted by a person with knowledge of those matters; (2) were kept in the course of a regularly conducted activity; and (3) were made by the regularly conducted activity as a regular practice. I make these claims under penalty of perjury.

The address and phone number where I can be reached are:

954-792-1911_____

7080 W State Road 84 Ste 10_____

Davie, FL 33317_____

Robert Feliciano, _Robert Feliciano (signature)_
Printed Name and Signature

8/4/2025_____
Date