UNITED STATES OF AMERICA
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                       CASE NO. 8:24-cr-164-SDM-AAS

SHEM WAYNE ALEXANDER

**UNITED STATES' NOTICE OF FILING DECLARATIONS
OF AUTHENTICATION OF BUSINESS RECORDS**

The United States of America, by and through the undersigned, hereby files

the attached Declarations of Authentication of Business Records concerning records

of the below listed entities.  In filing this revised notice and attached declarations,

and serving the same upon the defendant, the government hereby provides notice

that the government may offer one or more of the records identified in the

declarations into evidence at trial in this case pursuant to Federal Rules of Evidence

803(6) and 902(11).  Said records are in the government's possession, have been

made available as part of discovery, and bear the Bates stamps reflected in this

notice.  Under the cited rules, live testimony of a records custodian is not necessary

to authenticate these records.

1

| SOURCE | BATES STAMP RANGE | DECLARATION OF AUTHENTICATION |
|---|---|---|
| JSD Supply | DISC-004345 to -004372 | Exhibit A (Jordan Vinroe) |
| Miami Gun and Range | DISC-004397 | Exhibit B (Eddy Rodriguez) |

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:   _____
David W.A. Chee
Assistant United States Attorney
Florida Bar No.: 109659
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: David.Chee@usdoj.gov

**U.S. v. Shem Wayne Alexander**                    **Case No. 8:24-cr-164-SDM-AAS**

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Ana M. Davide, Esq.


_____
David W.A. Chee
Assistant United States Attorney
Florida Bar No.: 109659
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: David.Chee@usdoj.gov

3

# EXHIBIT A

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, __Jordan Vinroe__, attest, under penalties of perjury by the laws
*Name*

of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in

this certification is true and correct. I am employed by __JSD Supply__
*Entity*

(hereinafter "the entity"), and my title is __CEO__. I am qualified
*Title*

to authenticate the records attached hereto because I am familiar with how the records were

created, managed, stored, and retrieved. I state that the records attached hereto are true

duplicates of the original records in the custody of the provider. The attached records consist of

__Requested Documents__. I further state that:
*Generally describe records (pages/CDs or DVDs/megabytes)*

a.      all records attached to this certificate were made at or near the time of the occurrence of

the matter set forth by, or from information transmitted by, a person with knowledge of those

matters, they were kept in the ordinary course of the regularly conducted business activity of the

entity, and they were made by the entity as a regular practice; and

b.      such records were generated by the entity's electronic process or system that produces an

accurate result; and

c.      the records were copied from electronic device(s), storage medium(s), or file(s) in the

custody of the entity in a manner to ensure that they are true duplicates of the original records.

        I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the

Federal Rules of Evidence.

__August 06, 2025__

Date

_____

Signature

# EXHIBIT B

## DECLARATION OF AUTHENTICATION OF BUSINESS RECORDS

I, __EDDY RODRIGUEZ_____, am the custodian of records or am otherwise
              (name)
qualified to authenticate the records of __MIAMI GUNS & RANGE_____
   (company or business)

I have provided the following records to the United States.

List of records provided:

TRANSACTION RECEIPT FROM 01/20/2021
_____

_____

_____

Under Federal Rules of Evidence 803(6) and 902(11), as amended December 1, 2000, I certify that the above records are business records of regularly conducted activity and that I am a custodian or am otherwise qualified as to the authentication of these records. I also certify that the records: (1) were made at or near the time of the occurrence of the matters set forth in the records by a person with knowledge of those matters or from information transmitted by a person with knowledge of those matters; (2) were kept in the course of a regularly conducted activity; and (3) were made by the regularly conducted activity as a regular practice. I make these claims under penalty of perjury.

The address and phone number where I can be reached are:

2360 PINE NEEDLE CT
_____

PEMBROKE PINES, FL 33026
_____

305-720-0915
_____

EDDY RODRIGUEZ *Eddy Rodriguez*
_____
Printed Name and Signature

08/06/2025
_____
Date