UNITED STATES OF AMERICA
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 8:24-cr-164-SDM-AAS

SHEM WAYNE ALEXANDER

**UNITED STATES' NOTICE OF FILING DECLARATIONS
OF AUTHENTICATION OF BUSINESS RECORDS
AND
NOTICE OF FILING AFFIDAVIT CERTIFYING
AUTHENTICITY OF COPY OF ELECTRONIC EVIDENCE**

The United States of America, by and through the undersigned, hereby files

the attached Declaration of Authentication of Business Records concerning records

of the below listed entity. In filing this notice and attached declaration, and serving

the same upon the defendant, the government hereby provides notice that the

government may offer one or more of the records identified in the declaration into

evidence at trial in this case pursuant to Federal Rules of Evidence 803(6) and

902(11). Said records are in the government's possession, have been made available

as part of discovery, and bear the Bates stamps reflected in this notice. Under the

cited rules, live testimony of a records custodian is not necessary to authenticate

these records.

1

| SOURCE | BATES STAMP RANGE | DECLARATION OF AUTHENTICATION |
|---|---|---|
| Google LLC | Produced Natively in the First Discovery Production transmitted on January 6, 2025. | Exhibit A (Yessenia Herra) |

Additionally, the United States of America files this notice and attached affidavit at Exhibit B certifying, pursuant to Federal Rule of Evidence 902(14), the authenticity of data copied from an electronic device and storage medium.  Federal Rule of Evidence 902(14) sets forth a procedure by which parties can authenticate certain electronic evidence other than through the testimony of a foundation witness. The rule applies to data copies from an electronic device, storage medium or file, if it is authenticated by a digital identification process as shown by the certification of a qualified person.

The affidavit attached to this notice, Exhibit B, certifies that the data obtained from the listed devices or storage media are verified to be a true copy of the original electronic device and storage media by a process of digital identification, which the government intends to offer into evidence.  In filing this notice and the attached affidavit, and having served the same upon counsel for the defendant, the government has provided notice that it may offer one or more of the records identified in the affidavit into evidence at trial in this case under Rule 902(14).  Said records are in the government's possession and have been made available as part of

2

discovery. Under the cited rules, live testimony of a records custodian is not necessary to authenticate these records.

Respectfully submitted,

GREGORY W. KEHOE

United States Attorney

By: _____

David W.A. Chee
Assistant United States Attorney
Florida Bar No.: 109659
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: David.Chee@usdoj.gov

3

**U.S. v. Alexander**                    **Case No. 8:24-cr-164-SDM-AAS**

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2025, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system, which will send a notice

of electronic filing to the following:

Ana M. Davide, Esq.

David W.A. Chee
Assistant United States Attorney
Florida Bar No.: 109659
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: David.Chee@usdoj.gov

4

# EXHIBIT A



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

## CERTIFICATE OF AUTHENTICITY

I hereby certify:

1.      I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2.      I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3.      Google provides Internet-based services.

4.      Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *PILCHERFAM@GMAIL.COM,* with Google Ref. No. 6408242 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the Search Warrant.

5.      The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6.      The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result.  The accuracy of Google's electronic process and system is regularly verified by Google.

7.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


___/s_Yessenia Herrera_____          Date: 09/09/21
(Signature of Records Custodian)


     Yessenia Herrera
(Name of Records Custodian)



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

**Attachment A: Hash Values for Production Files (Google Ref. No. 6408242)**

pilcherfam.Drive.Metadata.Preserved.zip:

MD5- 6a2ee457bdb93b23212d323859fccebb
SHA512-
f25b5d1419c8bd72e852862ed31d68bacaf4cc16c923b17881751a8cb67d39dce523ca432a7bddb4b
4455b51a0d24858a19175ad0dee6e753fef76d7d1c23aa7

pilcherfam.Drive.Metadata.zip:

MD5- 0816c88b400d7d19c751ea36a8d85a5c
SHA512-
d56cf3baae4ef8711d286a04d79bd3d095daea4e72ac46e4ad14e4030ffa864ebaa27990d1dc614040
926554b76ba79d94ddccc1838c1ce42dc2141d958234a8

pilcherfam.Drive.zip:

MD5- 90c40b75ec89e4218c754c2509a3341a
SHA512-
89ecb911ed272f0be6920d656123a22f6db95cae6f22658cb8d38a9ba25b10bec553c4f3d7b24ed86
6c6f756d81e83e9bf788d9e7ad409ba9b6c0bbe85ee6fb8

pilcherfam.Drive_001.Preserved.zip:

MD5- 52f911c61dc70d46ee083607e1ac4bb6
SHA512-
d6ae82a83d8934e8b369ec2386011bdaeb5b4537f0d1235f99afa68b78451da972971a526502be58a
eab51c74522f46aa1f8633539a7a1206cda8f2e47b200d0

pilcherfam.Drive_002.Preserved.zip:

MD5- 6ce3a5b509c980c3d21e45b48141a215
SHA512-
d6b80d3510c17dd49058747f14930ff0e6ea8c5608c6cae3c6b418588e5f02a1e94445a0f4510c6e39
349133c226d4421141fb3ac1a32e01095edcd219a42530

pilcherfam.Gmail.Contacts.Preserved.vcf:

MD5- 76f27cf5ce8e9925e035c444ad7c6f3c
SHA512-
9d27f19646b52d6c23d910c252280a4417955251770c912547622df6ea727738394b4269705a4ae4
6605c589fd173e09737801e5588e434bdd23f6b965f1d067



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

pilcherfam.Gmail.Contacts.vcf:

MD5- 1389030e19e4667778aefa77075df12b
SHA512-
5583e8d6f1f528b4b6a0fa8563d9e42e8f81f6af97ba820cc168bc8ea1c9410fce3cd31417ba14f7668
63d45c0b53a74bcca380097d3fc27b40b152bfbe7c60d

pilcherfam@gmail.com.921101195659.Calendar.Calendars_001.zip:

MD5- 079fce8790b68b509d3b76d337661c1d
SHA512-
03f050ff3c872ba72fcd3ec1dff815f23b88aa69a046cd4177386b7db44c7b86a5ff41ec2bd71e192c6
59ee0c0a29a9c6727778a5a8ab757781ec7a99dc3eb62

pilcherfam@gmail.com.921101195659.DriveMobileBackups.Backup_001.Preserved.zip:

MD5- b9894c072085f2bdb58c6a0a4ac61f44
SHA512-
a4a00207118f4bb16f541709ec1d44f5db465de87e3cfbeda48d0384a4cd3cac80032b385a37098cb
1e5758ac71a2c8c416573ec53d30d7447a25059aab53ada

pilcherfam@gmail.com.921101195659.DriveMobileBackups.Backup_001.zip:

MD5- db7bfe0cfd9fb38eb3c49dd8d3aa7d08
SHA512-
683f68efb4bdbe03947fcc9d370a2fa7d2deda86eca05c0bf668b0ae617013a1605ea7181174882873
d5c8accc9772b94fd2b645c2923869ef8bdfee6313fe96

pilcherfam@gmail.com.921101195659.GoogleAccount.SubscriberInfo_001.zip:

MD5- b60bc6ee091fa58deb79452583c7a597
SHA512-
95cc34e1ca11ad0a908c95ca533e5ca61085620558f497726d855cd8a7e9dbfd8fd1ae5928cfbd9d13
d3fa637da2e97d8cd4d00e8936cfaf460173c02b4c0d9b

pilcherfam@gmail.com.921101195659.GooglePay.CustomerInformation_001.Preserved.zip:

MD5- 2112bf89916553072121f1273399cbc3
SHA512-
b91ff5a6649abee8564377d56bae6686835d153c516e28e6fda6b6944d32ebcb896d757be4d519c83
ea2b82f56eee1267cd21bad1de955871af401938b7c5c52



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

pilcherfam@gmail.com.921101195659.GooglePay.CustomerInformation_001.zip:

MD5- 3c20e74e4fa5ac17add2c065c075fa73
SHA512-
3247b9b0c3ca091867ef48cdc3018b72527159de5ff0b6c0fe415f5008f55fd6debb2729cfeca8baccd
011b1e51df70a79ead707842da098a1ecd7f8501c5ab4

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_001.001.zip:

MD5- 4431ca30a553178fafc20dcb3eeeb3d2
SHA512-
398a5b88afc5a5748446337d942edbb0c056daa53c25141d46ca36b2e7e738f6e23c1a997b216700b
acda71ea2b72ef9dabd2276c8c52cfb073afb296a454c17

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_001.Preserved.zip:

MD5- 67afe101ff5527f6a7d099192c85fd5c
SHA512-
9d884f17eb4e062b5cec650d9b658f6ff4f33758513bd71509d47c5d6af5d6c9811a9361239ba4ebc
dfed2765f2e6bad60add7d1031818c4f52ec41c13455e9d

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_002.001.zip:

MD5- 6759257757113e73d2e887b67e18c1ba
SHA512-
b024bcf508bd8b3f1a3cb4c4694e5b318644cf04ca9abfc5a208dcc2169715d4433a79e08a2a85a22
75a4b71d2158fbc99425a9831699992adfd369a4c1ca110

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_002.Preserved.zip:

MD5- 5ec08163168a210d9d494267ae58928a
SHA512-
3405b936f2072c545a48522d8232a3fe9e669e7d1d45be889e91d2bb4a4b44459320bf6a92317bef1
6fe95fec5b3a470bd207e8f7926d0432e12630f70f5122c

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_003.001.zip:

MD5- 4ba4a3901fa29180fceb6189e1a5218b
SHA512-
0c99f6290023dfba46a3079d0743b05846de537ab0c08cdf953accbbe9c1d213f8e83ddae3fcd27a41
f107eb0e19b17772f6f0a2ae4c55bcbe956609db9d283d

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_003.Preserved.zip:

MD5- b559f56eca2e9f90baaa0afa413e5c26
SHA512-
1ad9812a25e704b1261842cf1c6407d366068dd98ad1ff5189fd2470ec1d6e77cf4e473d444c960bc
77b51ce6861319ef1719d3cfa4b2e35894456635befe1ff

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_004.001.zip:

MD5- 1244027303b4adc833330d0d417657fc
SHA512-
ce4c9abdf562d9c262ed7ab197edf726ff5b8429883613ff7d402020c3331b4ed709b77e377caef416
ea04e3d96b5c15b5070f16910998824064a283df0e5cc0

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_004.Preserved.zip:

MD5- b91a59e16f115ccf152b6a84ab85ecfc
SHA512-
7abe03bccf0340e0dea7abe69e515d0faa145abfa62600ce3da7c866cbb2c65a99fdaafbde1bd4648a3
bc5a84f45178bea282607cdec855969ff74ce251006c5

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_005.001.zip:

MD5- 78c7992084a27fb3a2f8921bad22cb35
SHA512-
7db4f52f5d813bac037f362e703d13d166c31903c396e34228452ea97546b393f70849e86ec6b9b4c
75f44511030787019b01583b6d95c81e316d35ccde07de7

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_005.Preserved.zip:

MD5- 4c5733b5ce401ea6556844eec55ccca6
SHA512-
4f7f8b35d4698b6ead759c44f4f26b1aed848d3496e4da4280e6e0d3047e9c1e7e2d262b3a3046610
7c66366aa477af9f9a861134ac126bef1e29daa784e30d1

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_006.001.zip:

MD5- 97a5dea9429bfb1aaaf72750707cd9e6
SHA512-
f49c59b47a6e11544281b186c6e59206496c808322100acd6364ddd86efb1b6e6be843abcf9915e29
2d57bef619d9ca08efef555219f067cdc98d774877d8a01

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_006.Preserved.zip:

MD5- a506f52fe280f9cb4c12ec4e955d6bef
SHA512-
1df0e0304dec641d6beee66ac1fd9ce4a70c75ad978b1dcc82ee80073118bcafc998324156ef16fde6
a9b38625e2bf6f4da97726c110886b99207892d0bffea9

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_007.001.zip:

MD5- 5b6dd85c47b0eb2ad9ef00da802e5a48
SHA512-
6c191791613626e6ddfbff9c89a25912110bbe4f8c535614dd1e5059ac6bd31b1eef562640dca80b4f
1d4e78ffa4fc0d1ce69879b9935aafb7d2350a38f1b7e4

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_007.Preserved.zip:

MD5- f6f41b88dba5c55e89ee44119d05b76c
SHA512-
9843d75212fd4d476fac9f9361aea3fe899e473d4dacd26de6533b6d16dbc2881fc30e7c2237a1677
8ec47d109c05f322c030fa99fbf41bd4248bb603d7b5d67

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_008.001.zip:

MD5- e6c8f31e398e5c1babe676cf6c337c1b
SHA512-
9e94ec09b2efcfe2ce13eb2c98b4f3c271a53a072517fcea1feee1ac73d04c93e95f6f3e687a5d64cfac
af9b29bc3d0e794e287a29b8e24bdd14e9012db2e247

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_008.Preserved.zip:

MD5- 2eebae3aa249700c45319ff5a4d7133e
SHA512-
72f7548899bfba79e32e38cf85661f89e739ad2fcd0d4a42c976012b47b8b31192f9ab475b5b178a7
215541991393fa0fba423e850d58602391c490047985619

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_009.001.zip:

MD5- 87a9d65988aa4da805b6f58586f8a4dc
SHA512-
70d7361b5b9a94081d10f27bc65b7ef046f60053c068870c680323b8b1b3ffb2014248f6a07a7eb59
c67b2ed42884b512a21e4e02cf17fdf42de49ef4de127e0



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_009.Preserved.zip:

MD5- 64a8f0fd7f4cfbeaa6b1031fa86c8321
SHA512-
af87c32e6617c97a80df70f53d9bc9002d7e848efd72434f54d314441601c6eb38af9355848258021
24c59b2e18a23a39e02e56ab395f95fdc20a9318dbaf9be

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_010.001.zip:

MD5- 23a5d3e255cdcf25a2a2fa14a526815a
SHA512-
14bf5b9f4fc336301ac59f1a1ab40c6c8e760d4a027f37ad35cdab240d060526a360d55e6eee11f1bd
0340f8f247e3747844071a150f55f68505bc92175dbc58

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_010.Preserved.zip:

MD5- 08f4427ccf3ff00d418b629ded651c36
SHA512-
79a971dd7057e4cb28cb8955a5cca8cec9a167fd4c9993c63a0beb7e6e9d3345dc164e870f8fde497
7144a113de23a142e242a48acd101e2a6b656811b5c71f5

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_011.001.zip:

MD5- 83ca9854f0da6394a76847fa6b9b6cb8
SHA512-
fb4be650839e36fbd46f87f45dd8049fc2d13b8a54220628b36448ba7eb3c9edd9ea3cb8cf4559615
ba6162eff1b8033156f1728fce4ddd6d33923760eeeea06

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_011.Preserved.zip:

MD5- 1670cf6a601fe7e4d412942ef359db00
SHA512-
be42e9f3662614889bb1d33c1e549ceed903fbbb3e107fd8f9925133a51d2f571bc5853ba76e0ec0b
ee1e182559ed8901066a0de8683683255906d6b3d726852

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_012.001.zip:

MD5- 52bb231163a66cf45c0a73e0d179d5a4
SHA512-
36ce63150147ebc01cfe42a710fea646d8c0efba8bb013a094afff584510af3e8abceeb58eb27d21bcb
b0649e9c44da6f90a07bd51cb0c78244623739424524a



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_012.Preserved.zip:

MD5- 140dbc88f701809eed4a80bf9afc8022
SHA512-
89c2e1681ac3c863f5b5d34c72390fb064f5100dc6cad3ab97e2050237da71ff527226098b487a785
b05e3a481e7741d2ca048c48c96c902552dadda34d4783e

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_013.001.zip:

MD5- 6b304d9a4d4ca5850d5f81e85bcce7d3
SHA512-
923d157252068011dc61b288b72e9a5682969213dbcbd77e9343177848fcbd2a27ab71a87139d84
9a100351ca11522cc24ee153df10304dec7e74f2e8db4fbd0

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_013.Preserved.zip:

MD5- de7563007aa4a5549d7dd1b4b74e0ef9
SHA512-
c4b5c569355983b8038e7fd8dcfec578cc21154d67401d7b053688c1e6111b5ca6f40fd8930cfa776
036948ca7ec9deb3935988ba66519c71e0596047d3844dd

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_014.Preserved.zip:

MD5- 086506031acda19fda3c2c757d931ded
SHA512-
3f80c2c92c664ddc5655c384eff59eac51c1008fbdd453b2db5b37da2480b4eb2367d5a8753047137
2df5e5c4ce310c0bd25e8e33d5166dc1a9ee05f12ed9ad3

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_015.Preserved.zip:

MD5- dbf008156497a22a5e7a5b6285eda2df
SHA512-
5d4b329b080be4f6202e055e33fcb54d3a70ad3c5bf2f3c45c1daf4b490a4ed934062d418f16a565ff
6444f89c91b5cc7d4e61fd565d3da66f620d4415216b3b

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_016.Preserved.zip:

MD5- 658eeb1d1f9c9a4d6a91a0ff00adf57e
SHA512-
96744fa733364df4f7cc0edf13d1e4ad6a56f123cbb95e93bb7cbacbafee0789ef04335df78f229a786
8cf480b5b77e6aa2e9a250a99c2b78a4bde51b053cba9



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_017.Preserved.zip:

MD5- c80bb92678901363235e439fd99eee54
SHA512-
04c4fcb76f4f7fbb0f1570af0ed9b7b13b99c6beea4e66a49061d4aedb5e18806f92550b78eb16e2ec
bf7484fa13a6e18523983a1e5377db85e9bc22153b7218

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_018.Preserved.zip:

MD5- 6dfd559e9deb1b75c3c608a7d2bf9792
SHA512-
b0093b62ca0731835d8e40d0c09616c0f287640d9d27239cabb9d9fac8415ed86c4bc2b53118d401
f91b08aba2b3c4cef0fe88fb1176a9f03e4ea5f6f1312e8f

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_019.Preserved.zip:

MD5- f82f06a5dc92d8c68e2ce4e70f490c13
SHA512-
83d1f992e6ef9f4a37b1a6a74a5ad252d8cea9271af0cb8946b6aa682f08ed8d673ef08b1bac3ee5de
7689eea8499a6ac0c364def0af27afb2e92587abd193f1

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_020.Preserved.zip:

MD5- 427b8815b28fa60707be1fc6495f2d0c
SHA512-
812dca6dbad74b2de70d5a7f883cdfd83506dfa8559cc1014756b844d9ef416b28dd6e0c5905e1fe2
6ae90281ba1c049069b56d58770904a60a4372f91045eb4

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_021.Preserved.zip:

MD5- 566dadfdf51bc48a11666e7a74649cfb
SHA512-
00697abbde78c55fbbe45f8ff3baf46dbc6a1f8d8b2cfe8919d8e5c47a24f2bba34924392c5d0d90fc5
5076fffa305fa0eb5168df7a1af881a35dc7acb9c3dd5

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_022.Preserved.zip:

MD5- 26d3db8769cbcab199f782784d6a88ee
SHA512-
6f3dcc298292da5d05226f24809d57c582355067ecb93c67bb32da393b6f588f98c2182a983990200
09265c7517a5370d6aaff950a05dd77e6679e22a3ae5b2c

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_023.Preserved.zip:

MD5- 227431559660e0e62af07ca13b903203
SHA512-
6dd7db5f8d51ee55971eab1aa91025f1e5e052b069b552393ea120f2a10f6f7d12e4954f577ca99e17
4b386eb9b88f9b2db1c4d8d332f76284e124fe23cf10e0

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_024.Preserved.zip:

MD5- 5a0dbac58f95b0e93a55cc567e4adcaa
SHA512-
131e0ab7c7cec141c9849484c692de2e8ce92066ac7139f9bde6d4d21691ce1289380ba9625a73157
0bc30d13793b10cd46b42b1e7d04bf02d93a24914c3a03a

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_025.Preserved.zip:

MD5- ceb20aca6b31aaa5a380a5c656693bf9
SHA512-
e9c8279f619d527eae2a23c6e212df4624c4f16dcd160b91d4dec61cc2ef4a14caaede0be6d8adef97
39bae99f7168438a1fe80c06f0144db9aab9b60f13a40e

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_026.Preserved.zip:

MD5- 34d1610ed567417f8c6c2edf8b85ab8e
SHA512-
4062694123197ab34110acc23632a94d105f1155636a435eb3911fc953cf2ed98fe99e56c7a5f2a64
4417282773454b5100aeec400f1dde8779e1bfd0bc87431

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_027.Preserved.zip:

MD5- 8670426029ef0dca5760e7af53e4ed84
SHA512-
ff9a3eedd1c6a980ca0d0f7efe263bb1eeb39d860c35b31c22435b7dba86d55cd134b82c505626735
e3bebbcc8bf481b2e070c5b3859f170ab053a329bfdc096

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_028.Preserved.zip:

MD5- ba66d91f0d6e512e7e5a177ecebd7743
SHA512-
17a3ed1742689c95d5146054988dee9e7df73a22744e78025f955ef45219f063035e5f0f02709093f7
a0518b179ae42bc1efd1a599d1337d8f9c9ccb8398ea4b

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_029.Preserved.zip:

MD5- 0bc392e03db8e9ccdcf755c694a11d61
SHA512-
6d7c9b1ddba022aae36557dd69dc95be733b9024e667ac90abe7dbff6d30606dfd17777d23ca9837c
c2b96d575eb7069c29c93e8ce44e7d84a3e582f7dd30eab

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_030.Preserved.zip:

MD5- dd46c0be2e39ce983907bfc48a16fb99
SHA512-
6af3a24df4884373443cb41929ceb6b052450a22819d1fc43e87222f92a673c5f84c72a26018e8414
ee4aec4954dd1731701776b535bd4eeb60aeaf8f3327455

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_031.Preserved.zip:

MD5- 4103f248f7a08db534ba852877488539
SHA512-
6e4a249fa431c820a28e482aa5c03f781c6d9f840acdc036ae9964ef67f5a425e633f37091958701b0
e28bc3dc0d910bdfb147a24f0acaf866befdaa2c509a85

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_032.Preserved.zip:

MD5- 196a823a219a8bc5c06ab0756697557d
SHA512-
7de0fc49f43362b30708ae3e6392731084f7f10ca4f68f0b25899dd4a5346ba3b36aa784e12f5bfdf1a
1d897a132642574a3a228d85d46721fe4f287f9db735b

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_033.Preserved.zip:

MD5- fe716d19ceb1504ed206635edbd2c5c7
SHA512-
72d0ac9a82027fe16579ce1651e2938c1771c8607a531f9527c5dbb06fe736acdcfd3698ba82d3fac2
cec65e74f8a1c23233df85d6c350e6b838b541756df4cf

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_034.Preserved.zip:

MD5- 783c8f41c1e91ddeac964bded53d9e2f
SHA512-
b24de51cfe40255712a9f7737ac3a55213caf456cd0dc5892d1d045b42686453785bde6d6fed07eda
e3aff4c84fb6eea72f07132d8a1569a4c9d53901585a11a

Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_035.Preserved.zip:

MD5- 2c0d3cd1ed32ca8cbcb8f20f08b13908
SHA512-
1951aa2107875738e54f2a932f6c56a7be1655154ac52891e6666804d65b60fcc8485d137afacdcd6
31be6292c3fd76ff92fc9a21edbf8c4d3f8ce2ff53f4b0d

pilcherfam@gmail.com.921101195659.GooglePhotos.PhotoResource_036.Preserved.zip:

MD5- 14f45138c633d94b586bb9f343d94ee3
SHA512-
fe9b99ce2ebc15c5b45d2a8230f4d52606357e91cf99bc162850243dce6afc1caf515887e4a5bdfe65f
7d7f8c7608a5c67b2fa81776350e1470f207906386a4f

pilcherfam@gmail.com.921101195659.Preserved_001.Calendar.Calendars_001.zip:

MD5- 93f89b38a665f3332dbe66b22bcaad5c
SHA512-
18671dbb42ab36ea4a95a9cff36308ed25fef4c1a993f332c7cfd1fe7af8240f383b328e013868875fc
6d1cc9c2f5b396b361c01d4e801c256c4e669adda3368

pilcherfam@gmail.com.921101195659.Preserved_001.GoogleAccount.SubscriberInfo_001.zip:

MD5- 647eed8d2db540b5ee74884eba6a9f19
SHA512-
5d84f8aa3bec0a4d3f2aad0438a21a10449982891f5d971ace14a66e0ebd15c1b40865cfcf3e9e841c
872ca39a7207cd8a78a3bbe4b2c183e899a851d6194982

pilcherfam@gmail.com.Gmail.Content.Preserved.mbox:

MD5- fe8feafb77db59e545a95d7f8b5346b3
SHA512-
646c0587ed34f8fd79853409f368cad5ed6d7fdfa48f48377a4df21f86aba9b865788d0075f6b4f9c52
c62de6c608ceed759b585d12a07e28233ac99f13aa913

pilcherfam@gmail.com.Gmail.Content.mbox:

MD5- 9c3455f8199a5de48c46af52cae360d4
SHA512-
8623d55c03ed12ca530ce2466f0140c061cfbfb412e7131a4d7f78295308ea25f8d39b1689e27ef5d7
f385d776b21ae97870cffa6bc23076876ed09fb655da62

# EXHIBIT B

## CERTIFICATE OF AUTHENTICITY UNDER
## <u>FEDERAL RULE OF EVIDENCE RULE 902(14)</u>

I, Justin Gaertner, state as follows. I also certify that the data described below is a true copy of the original, as shown by the following:

1. I am a Computer Forensic Examiner with the Department of Homeland Security, Homeland Security Investigations ("HSI"), where I have worked for more than twelve (12) years. Prior to becoming a CFA; I worked at the Special Operations Command (SOCOM), the National Counter Terrorism Center (NCTC), and the United States Marine Corps (USMC). Since working for HSI, I have received the following training and certifications:

a. CompTIA A+ Certification

b. EnCase Computer Forensics I Course Certification

c. Access Data Boot Camp Certification

d. HSI Basic Computer Evidence Recovery Training

e. Mobile and Cellular Device Data Extraction and Analysis

f. Advanced Computer Evidence Recovery Training

g. Nuix Foundations Training

h. ICAC Ares Investigations Online Training

i. MSAB XRY Certification Training

j. Introduction to Computers, Networks and Cybercrime ICNC

1

Instructor

k. TEEL Technologies Hardware Hacking and Reverse Engineering Course

l. ICAC BitTorrent Investigations Online Training

m. Department of Homeland Security Planners Course

n. United States Secret Service Advanced Mobile Device Forensics

o. Homeland Security Investigations/Dark-web and Cryptocurrency Training

p. Cellebrite Apple forensics Fundamentals / Intermediate / Advanced Certified Examiner

q. IACIS RAM Capture and Analysis Certification

r. SANS FOR 500 Windows Forensic Analysis

s. Griffeye Analyze Examiner

t. GIAC Certified Forensic Examiner

2. In August of 2023, I received my Bachelor's of Science Degree in Computer Forensics and Digital Investigations; from Champlain College in Burlington, Vermont. During my graduation from Champlain College, I received the academic achievement of "Summa Cum Laude."

2

3.  I am familiar with the process for imaging electronic devices and for ensuring that the image is an accurate copy of the original; indeed, making such images is a part of my responsibilities as a Computer Forensic Analyst (CFA). As a CFA, I digitally collect and analyze devices such as: desktop computers, laptop computers, thumb drives, hard disk drives, solid state drives, cellphones, compact discs, sd cards, digital warrant returns, and extracted email databases.

4.  I am aware that on or around August 30, 2021, a federal search warrant was served on Google LLC for an e-mail account associated with Shannon Lee Samlalsingh and around September 9, 2021, the HSI Tampa office received access to the Google account through Google's LER portal and the contents were downloaded to a USB drive.  On approximately September 10, 2021, at the request of the case agent, I forensically processed the contents of the target Google account to assist with searching and documenting any evidence identified in the Google warrant return.

5.  As part of the standard process for search warrant returns from Google; I used Magnet AXIOM Process cloud forensics, to analyze the twenty-six compressed files received from Google. Once these files were processed,

3

I then exported an AXIOM portable case for the case agent to review, using the forensic application AXIOM Examine.

6. The Computer Forensics Tool Testing (CFTT) program routinely tests computer forensic tools to provide measurable assurance to practitioners, researchers, and other users that the tools used in computer forensics investigations provide accurate results.  The CFTT is a joint project of the Department of Homeland Security's (DHS) Science and Technology Directorate, the National Institute of Justice, and the National Institute of Standards and Technology's (NIST) Special Programs Office and Information Technology Laboratory. The CFTT has tested the electronic processes and systems for Magnet Axiom v8.0.0.39753 for extracting supported cloud-based application data, located at:

https://web.archive.org/web/20240921193106/https://www.dhs.gov/sites/default/files/2024-09/24_0919_st_test_resultsfor_clouddata_extractiontool-magnetaxiomv8.0.0.39753.pdf

7. Furthermore, based on my training and experience using Magnet AXIOM Cloud Process, I believe that the tool performed as expected and produced accurate and reliable results.

8. Therefore, I certify that the Magnet AXIOM Process and AXIOM Examine applications make up electronic processes or systems that

4

produce an accurate and reliable result, within the meaning of Rule 902(13) and (14) of the Federal Rules of Evidence, and that the data and extraction report contained and referenced in extraction folder titled "LEE-Gmail_SW_Return" represent an accurate copy and depiction of the original data received from Google.

9. Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

JUSTIN G GAERTNER

Digitally signed by JUSTIN G GAERTNER
Date: 2025.08.12 10:55:03 -04'00'

_____
Date of Execution

_____
Justin Gaertner
Computer Forensic Analyst
Homeland Security Investigations

5