# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
## (Tampa)

UNITED STATES OF AMERICA,          CASE NO. 8:24-CR-164-JLB-AAS

**Plaintiff,**

**vs.**

**SHEM WAYNE ALEXANDER,**

**Defendant,**

_____/

### DEFENDANT, SHEM WAYNE ALEXANDER'S
### SECOND AMENDED WITNESS LIST FOR SENTENCING HEARING

**COMES NOW** the Defendant, **SHEM WAYNE ALEXANDER**, by and through his undersigned counsel, and presents herewith, his Second Amended Witness List for Sentencing Hearing, and states as follows:

The Defendant will call the following additional witnesses at the Sentencing Hearing to be held in this cause.  These witnesses will testify as to the personal traits and character of Shem Wayne Alexander.

1.  La Toya Greaves-Tinto, Managing Director
    Titnto's Sporting Academy
    Fifth Avenue Extension
    Oropune, Piarco
    Trinidad and Tobago

2.  Lasana Liburd, Director
    Arima Araucans Academy
    Trinidad and Tobago

Respectfully submitted,

ANA M. DAVIDE
(Florida Bar No. 875996)
ANA M. DAVIDE, P.A.
420 South Dixie Highway, Suite 4B
Coral Gables, Florida 33146
Telephone: (305) 854-6100
 Fax: (305) 854-6197
E-mail: ana@anadavidelaw.com
(Counsel for Defendant,
  *Shem Wayne Alexander.)*

*/s/  Ana M. Davide*_____
    ANA M. DAVIDE

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 15th day of February, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document in unredacted form is being served this day on all counsel of record via e-mail.

ANA M. DAVID
(FL Bar No. 875996)
ANA M. DAVIDE, P.A.
420 South Dixie Highway, Suite 4B
Coral Gables, Florida 33146
Tele: (305) 854-6100
Fax: (305) 854-6197
E-mail: ana@anadavidelaw.com
(Counsel for Defendant,
  *Shem Wayne Alexander.)*

*/s/  Ana M. Davide*_____
 ANA M. DAVIDE

2